USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024

UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

EMILY HERNANDEZ on behalf of herself and all others similarly situated,

                         Plaintiff(s),

-against-

CLOVER BEAUTY, LLC,

                         Defendant.

-------------------------------------------------------------X

**MEMORANDUM ENDORSED**

Case No.: 1:23-cv-10157-GHW

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against the Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), with prejudice, and without costs, disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
May 29, 2024

                                          Respectfully submitted,

                                          /s/ Noor A. Saab
                                          By: Noor A. Saab Esq.
                                          The Law Office of Noor A. Saab
                                          *Attorney for Plaintiff*
                                          380 North Broadway, Penthouse West
                                          Jericho, New York 11753
                                          Tel: 718-740-5060
                                          Email: noorasaablaw@gmail.com

Plaintiff has voluntarily dismissed this case under F.R.C.P. 41(a)(1)(A)(i).

SO ORDERED.
Dated: June 3, 2024

                                          _____
                                          GREGORY H. WOODS
                                          United States District Judge